DANIEL G. BOGDEN
United States Attorney
PHILLIP N. SMITH, JR.
Assistant United States Attorney
Nevada State Bar Number 10233
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6503 / Fax: (702) 388-6418
phillip.smith@usdoj.gov

Attorney for the Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-cr-164-GMN-CWH |
| Plaintiff, | **GOVERNMENT'S MOTION TO UNSEAL PETITION** |
| vs. | |
| JOSHUA LEE PARKHURST, | |
| Defendant. | |

COMES NOW the United States of America, by and through its attorneys, DANIEL G. BOGDEN, United States Attorney, and PHILLIP N. SMITH, JR., Assistant United States Attorney, and respectfully moves this Court for an Order to UNSEAL the Petition for Warrant for Offender Under Supervision filed on October 7, 2016 (Docket #49) in the above-captioned case.

Dated this the 18th day of October, 2016.

Respectfully Submitted,

DANIEL G. BOGDEN
United States Attorney

By: _____/s/_____
PHILLIP N. SMITH, JR.
Assistant United States Attorney

DANIEL G. BOGDEN
United States Attorney
PHILLIP N. SMITH, JR.
Assistant United States Attorney
Nevada State Bar Number 10233
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6503 / Fax: (702) 388-6418
phillip.smith@usdoj.gov

Attorney for the Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-cr-164-GMN-CWH |
| Plaintiff, | **ORDER TO UNSEAL PETITION** |
| vs. | |
| JOSHUA LEE PARKHURST, | |
| Defendant. | |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the Petition for Warrant for Offender Under Supervision filed on October 7, 2016 (Docket #49) in the above-captioned case, shall be unsealed.

DATED this __28th__ day of __October__, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

2