RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Joshua Lee Parkhurst

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00164-GMN-CWH |
| Respondent/Plaintiff, | **STIPULATION TO EXTEND THE REPLY DEADLINE** |
| v. | |
| JOSHUA LEE PARKHURST, | **(Second Request)** |
| Petitioner/Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Nancy Olson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Joshua Lee Parkhurst ("Mr. Parkhurst"), submit the following Stipulation to extend the due date for defendant's Reply to Government's Response in Opposition to Motion to Vacate, Set Aside, or Correct Criminal Convictions and Sentence Pursuant to 28 U.S.C. § 2255 to January 20, 2017

This Stipulation is entered into for the following reasons:

1. On August 17, 2016, Mr. Parkhurst filed a Motion to Vacate under 28 U.S.C. § 2255 ("Motion to Vacate"). ECF No. 44. On November 1, 2016, this Court ordered the

1. government to file a response to the Motion to Vacate by November 15, 2016.  ECF No. 62.  On November 15, 2016, the government filed its Opposition to Mr. Parkhurst's Motion to Vacate ("Opposition"). ECF No. 66.

2. After the government filed its Opposition, a Notice of Electronic Filing provided a Reply deadline of November 21, 2016.  *See* ECF No. 66.  However, pursuant to Rule 5 of the Rules Governing Section 2255 Proceedings, "[t]he movant may submit a reply to the respondent's answer or other pleading within a time fixed by the judge," and as a result the parties filed a stipulation requesting the court extend the deadline for filing a Reply to the government's Opposition to December 21, 2017.  ECF No. 67.  This Court granted the stipulation on November 22, 2016, and ordered that Mr. Parkhurst file his Reply by December 21, 2016.  ECF No. 68.

3. Since the court granted the stipulation (ECF No. 68), undersigned counsel for Mr. Parkhurst has been researching, preparing, and filing supplemental Motions to Vacate and replies related to *Johnson v. United States*, 135 S. Ct. 2551 (2015) in over 100 other cases.  Consequently, counsel for Mr. Parkhurst requests additional time to review, research, and prepare Mr. Parkhurst's Reply to the government's Opposition.  For that reason, the parties agree to a thirty (30) day continuance from December 21, 2016, to January 20, 2017 for Mr. Parkhurst to file his Reply.

DATED this 19th day of December, 2016.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
|   */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender |   */s/ Nancy Olson*<br>By_____<br>NANCY OLSON<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Respondent/Plaintiff,<br><br>　　v.<br><br>JOSHUA LEE PARKHURST,<br><br>　　　　　Petitioner/Defendant. | Case No. 2:14-cr-164-GMN-CWH<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Reply deadline is January 20, 2017.

DATED this __20__ of December, 2016.

_____
UNITED STATES DISTRICT JUDGE