UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOSHUA LEE PARKHURST,

        Defendant.

Case No.: 2:14-cr-164-GMN-NJK

**ORDER**

     Pending before the Court is Defendant Joshua Lee Parkhurst's ("Defendant's") Motion to Reconsider (ECF No. 37) the Court's Order (ECF No. 36).

     "[A] motion for reconsideration should not be granted, absent highly unusual circumstances." *Carroll v. Nakatani*, 342 F.3d 934, 945 (9th Cir. 2003) (citation omitted). Reconsideration is appropriate where: (1) the court is presented with newly discovered evidence, (2) the court committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law. *School Dist. No. 1J, Multnomah Cty v. ACandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993). Here, Defendant has not provided any sufficient justification for the Court to reconsider its prior order. To the extent that Defendant is seeking relief regarding a deprivation of rights under 42 U.S.C. § 1983, Defendant must file a separate civil action under 42 U.S.C. § 1983. Accordingly,

     **IT IS HEREBY ORDERED** that Defendant's Motion to Reconsider (ECF No. 37) is **DENIED**.

     **DATED** this __9__ day of May, 2017.

                                                    Gloria M. Navarro, Chief Judge
                                                   United States District Court