STEVEN W. MYHRE
Acting United States Attorney
PHILLIP N. SMITH, JR.
Assistant United States Attorney
Nevada Bar No. 10233
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-5087
Phillip.Smith@usdoj.gov

Attorney for United States of America

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA LEE PARKHURST,<br><br>Defendant. | Case No. 2:14-cr-00164-GMN-CWH<br><br>GOVERNMENT'S MOTION TO WITHDRAW MOTION TO STRIKE DEFENDANT'S NOTICE OF ASSERTION OF RIGHT TO BE PRESENT IN COURT UNSHACKLED (ECF No. 93) |

The United States of America, by and through STEVEN W. MYHRE, Acting United States Attorney, and PHILLIP N. SMITH, JR., Assistant United States Attorney, hereby moves this Court to withdraw Government's Motion to Strike Defendant JOSHUA LEE PARKHURST's *Notice of Assertion of Right to be Present in Court Unshackled* ECF No. 93.

///

///

1

On July 18, 2017, Government erroneously filed a Motion to Strike Defendant's Notice of Assertion of Right to be Present in Court Unshackled (ECF No. 93). Government requests to withdraw its Motion (ECF No. 93).

Dated this 18th day of July, 2017.

                            Respectfully submitted,

                            STEVEN W. MYHRE
                            Acting United States Attorney

                                //s//
                          _____
                          PHILLIP N. SMITH, JR.
                          Assistant United States Attorney

IT IS SO ORDERED.

DATED: July 19, 2017

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I certify that the following individual was served with a copy of the foregoing by way of *electronic case filing*.

Dated: July 18, 2017

                                                   */s/ Phillip N. Smith, Jr.*
                                                 PHILLIP N. SMITH, JR.
                                                 Assistant United States Attorney